UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROY NAUGHTON, et al.,<br><br>Defendants. | CASE NO. CR21-0150JLR<br><br>ORDER |

This matter comes before the court on Defendant Colter O'Dell's motion for in-person attorney/client visitation at the Federal Detention Center ("FDC") in SeaTac, Washington (Dkt. # 40) and Defendant Glen Baldwin's notice of joinder in that motion (Dkt. # 41).

Mr. O'Dell and Mr. Baldwin are no longer housed at FDC SeaTac. Therefore, Defendant O'Dell's motion (Dkt. # 40) is DENIED as moot.

//

//

ORDER - 1

1 | Dated this 1ST day of March, 2022.

JAMES L. ROBART
United States District Judge

ORDER - 2