Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                  Plaintiff,

       v.

ROY NAUGHTON, ET AL.,

                 Defendants.

CASE NO.  CR21-0150 JLR

ORDER DISMISSING
INFORMATION WITHOUT
PREJUDICE

    The Court, having reviewed the Motion to Dismiss the Information Without Prejudice, enters the following order:

    IT IS HEREBY ORDERED that the Information in this case is dismissed without prejudice.

    Dated this __10th__ day of June, 2022.

                              _____
                              JAMES L. ROBART
                              United States District Judge

Presented by:

*/s/ Cecelia Y. Gregson*
CECELIA Y. GREGSON
Assistant United States Attorney

Order Dismissing Information Without Prejudice
*United States v. Naughton, et al., CR21-0150 JLR - 1*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970